IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ANDRE LAMONT CRAWFORD, JR.**                                              **PLAINTIFF**

v.                                            **2:20-CV-00162-DPM-ERE**

**KILOLO KIJAKAZI, Acting Commissioner,**
**Social Security Administration**                                              **DEFENDANT**

## ORDER

Defendant's unopposed motion to reverse and remand *(Doc. 17)* is GRANTED. Accordingly, the Commissioner's decision is reversed, and this case is REMANDED for further administrative proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 21st day of April, 2022.

_____
UNITED STATES MAGISTRATE JUDGE