IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ANDRE LAMONT CRAWFORD, JR.                                    PLAINTIFF

v.                             No: 2:20-cv-162-DPM

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                 DEFENDANT

## ORDER

The Government hasn't objected to Crawford's motion for an award of fees under 28 U.S.C. § 2412(d). The hours and fees are reasonable. The unopposed motion, *Doc. 20*, is therefore granted. The Court awards a reasonable attorney's fee of $5,690.92, payable directly to Crawford. *Astrue v. Ratliff*, 560 U.S. 586, 591 (2010). The check should be mailed to Crawford's lawyer.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

6 July 2022